IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LISA W. BATTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-043 |
| | ) | |
| BURDEAUX STEAK AND SEAFOOD INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed in the above-captioned employment discrimination case on April 14, 2023, (doc. no. 1), and has paid the $402.00 filing fee. When she filed the case, a Rule 26 Instruction Order was issued to Plaintiff, which explained "the parties" must confer and submit the report required by Federal Rule of Civil Procedure 26(f) within certain time period determined by service of the complaint or appearance of any Defendant in the case. (See doc. no. 2.) On April 17, 2023, because Plaintiff is proceeding *pro se*, the Court provided Plaintiff with some basic instructions, including the information that Plaintiff is responsible for serving Defendant in accordance with Federal Rule of Civil Procedure 4. (Doc. no. 3.) To date, there is no proof of service on the record.

Despite no evidence Defendant has been served, let alone made an appearance in the case, Plaintiff filed a Rule 26(f) Report which only she signed. As the filing requires participation of Plaintiff of Defendant in a conference, followed by submission of a jointly signed report, the Report filed on April 25th signed only by Plaintiff and apparently

submitted even before Defendant has been served is a nullity.  The Court **DIRECTS** the **CLERK** to terminate the motion associated with the procedurally improper Report.  (Doc. no. 8.)

The Court reminds Plaintiff she is responsible for effecting service of process on Defendant in accordance with Federal Rule of Civil Procedure 4.  Moreover, Plaintiff must familiarize herself with the rules of this Court because all litigants, including those proceeding *pro se*, must comply.  See Moon v. Newsome, 863 F.2d 835, 837 (11th Cir. 1989) ("[O]nce a *pro se* litigant is in court, [s]he is subject to the relevant law and rules of court."). Information for litigants proceeding without an attorney may be found on the Court's website at www.gasd.uscourts.gov, under the tab "Filing Without an Attorney."

SO ORDERED this 26th day of April, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA