IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LISA W. BATTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-043 |
| | ) | |
| BURDEAUX STEAK AND SEAFOOD INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

As there is no motion to dismiss pending, Plaintiff's "Motion to Object to the Motion to Dismiss" is **MOOT**. (Doc. no. 22.) Should Defendant file a motion to dismiss, Plaintiff may file a response in accordance with Local Rule 7.5.

SO ORDERED this 11th day of October, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA