IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LISA W. BATTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-043 |
| | ) | |
| BURDEAUX STEAK AND SEAFOOD INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

When the parties failed to timely file a joint Report as required by Federal Rule of Civil Procedure 26(f), the Court entered an Order November 17, 2023 directing them to do so. (See doc. no. 24.) Upon submission of a report on December 4, 2023 indicating the parties met and conferred on November 27, 2023, (doc. no. 25), the Court entered a Scheduling Order on December 5, 2023, setting case deadlines, (doc. no. 26). Those deadlines were set in accordance with the Local Rules and the December 4th Report indicating there were no special requests for extended discovery or particularized agreements regarding the exchange of discovery. On December 11, 2023, the Clerk of Court docketed a second Rule 26(f) Report submitted by Plaintiff with a notation that "Email was Rejected with my Signature." (Doc. no. 27, p. 6.) Notably, however, the second report does not call for any different deadlines or discovery agreements and differs only in Plaintiff's announcement that she will not make the initial disclosures required by Rule 26(a) and believes Defendant's actions of unspecified retaliation have hindered the possibility of settlement. (Id. at 1, 6.)

As there is no difference in requested deadlines, the Court's December 5, 2023 Scheduling Order shall continue to provide the controlling case deadlines. To the extent Plaintiff states she will not comply with the initial disclosure requirements of Federal Rule of Civil Procedure 26, the Court reminds Plaintiff of her duty to cooperate in discovery and the rules governing the process as were generally described in the Court's April 17, 2023 Order. (See doc. no. 3.) Those rules provide the consequences for failing to provide required discovery, see Fed. R. Civ. P. 37, and although Plaintiff is proceeding *pro se*, she, as must all litigants appearing in federal court, "follow the relevant law and rules of court, including the Federal Rules of Civil Procedure." Moon v. Newsome, 863 F.3d 835, 837 (11th Cir. 1989).

In sum, the deadlines set in the Court's December 5, 2023 Order shall govern this case, and the Court **DIRECTS** the **CLERK** to **TERMINATE** the motion associated with the second Rule 26(f) Report, (doc. no. 27).

SO ORDERED this 14th day of December, 2023, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA